# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CAMILLE LANDRY AND FRANNIE
L. LANDRY, INDIVIDUALLY AND
ON [BEHALF] OF THEIR MINOR
CHILD, CAMIE LANDRY

NO.   2023 CW 0118

VERSUS

PROGRESSIVE SECURITY
INSURANCE, COMPANY, NATIONAL
SECURITY AND CASUALTY
COMPANY AND COREY J. CROCHET

**MAY 8, 2023**

---

In Re:    Corey J. Crochet, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 661202.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

   **WRIT DENIED.**

                              MRT
                              WRC

   **Hester, J.,** dissents and would issue a briefing schedule
pursuant to La. Code Civ. P. art. 966(H).

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT